# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Wanda K. Gilbertson__

Chapter 7 Case No. __09-61005__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Bemidji Chrysler Center<br>755 Paul Bunyan Drive NW<br>Bemidji, MN 56601 | 31 | .10 | .10 (interest payment) |

Date: __March 16, 2011__

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

RECEIVED 11 MAR 18 AM 9:35 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN